UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BANKUNITED, N.A.,

        Plaintiff,     C.A. No. 17-CV-05268

 -against-

               ***Affidavit of***
               ***Christina S. Remolina***

MERRITT ENVIRONMENTAL CONSULTING
CORP., LENDER CONSULTING SERVICES, INC.,
GREAT DIVIDE INSURANCE COMPANY,
BEAZLEY USA SERVICES, INC. a/k/a
SYNDICATE 2623/623 AT LLOYD'S and
CRUM & FORSTER SPECIALTY INSURANCE
COMPANY,

        Defendants.
------------------------------------------------------------------x

  I, Christina S. Remolina, affirm the following to be true under the penalty of perjury:

  1.  I am Director of Environmental and Professional Liability Claims for Berkley Environmental ("Berkley"), which adjusted this claim on behalf of Great Divide Insurance Company ("Great Divide"). As such, I am familiar with the facts and circumstances in this matter.

  2.  Great Divide issued an environmental combined insurance policy with respect to real property located at 105 Kisco Avenue in Mount Kisco, New York. The policy was initially issued to Merritt Environmental Consulting Corp. ("Merritt") under policy number ECPO1547425-10, with effective dates of April 17, 2012 through April 17, 2013. The policy was subsequently renewed on an annual basis three times, under policy numbers ECPO1547423-11, ECPO1547423-12, and ECPO1547423-13, covering the periods of April 17, 2013 through April 17, 2014, April 17, 2014 through April 17, 2015, and April 17, 2015 through April 17,

2016 respectively. True and accurate copies of those policies were annexed to my Affidavit of January 12, 2018.

3. With respect to the policies issued to Merritt, Merritt did not purchase a 36-Month Extended Reporting Period and no endorsement to that effect was issued.

Christina S. Remolina

Sworn to before me this 15th day of March

KIM L. NELSON
Commission # 2415608
Notary Public, State of New Jersey
My Commission Expires
December 16, 2021